No. 84–6761.  MANZUR v. McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 84–6764.  RICHARDS v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir.  Certiorari denied.

No. 84–6765.  NEWMAN v. BAKKO.  C. A. 7th Cir.  Certiorari denied.

No. 84–6767.  CHAMBERS v. ARMSTRONG BLUM MFG. CO. C. A. 7th Cir.  Certiorari denied.

No. 84–6768.  ZLOMKE v. FLYING TIGER LINE, INC., ET AL. C. A. Fed. Cir.  Certiorari denied.

No. 84–6772.  DOLPHIN v. CONNECTICUT.  Sup. Ct. Conn. Certiorari denied.

No. 84–6773.  GAMEZ v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 84–6774.  CHOU v. CAPITAL CIGAR & TOBACCO CO., INC. C. A. 4th Cir.  Certiorari denied.

No. 84–6775.  CODY v. SOLEM, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 84–6776.  LEE v. HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 84–6779.  INGE v. SIELAFF, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 84–6785.  STRADER v. KEITH ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 84–6787.  YOUNG v. ILLINOIS.  App. Ct. Ill., 3d Dist. Certiorari denied.